ACCEPTED
12-13-00181-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
6/15/2015 3:18:51 PM
CATHY LUSK
CLERK

# SCHAFFER LAW OFFICES

NOT A PARTNERSHIP
1301 McKINNEY, SUITE 3100
HOUSTON, TEXAS 77010

Randy Schaffer, P.C.
  *noguilt@swbell.net*
Josh Schaffer, P.L.L.C.
  *josh@joshschafferlaw.com*
Joel Hayter
  *joelhayterlaw@gmail.com*

(713) 951-9555
FAX: (713) 951-9854
www.schafferfirm.com

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

6/15/2015 3:18:51 PM
CATHY S. LUSK
Clerk

June 15, 2015

Cathy Lusk                                   **Via Efile**
Clerk
Twelfth Court of Appeals
157 West Front Street, Suite 354
Tyler, Texas 75702

Re:    Nicky Charune Agnew v. State
       Cause Number 12-13-00181-CR

Dear Mrs. Lusk:

Please inform me of the cost to obtain the Clerk's Record and the Supplemental Clerk's Record in this case.

Thank you for your assistance.

Sincerely,


/s/ Randy Schaffer
Randy Schaffer

RS/tm